UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL ROBERT SCHOONMAKER,

    Plaintiff,

v().    Case No: 2:17-cv-444-FtM-29CM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

This matter comes before the Court upon review of the Assented to Motion to Stay Proceedings (Doc. 22) filed on March 22, 2018. Counsel for Plaintiff seeks a temporary stay until April 21, 2018, during which Plaintiff will attempt to locate records regarding a medical cessation determination by the Social Security Administration. Doc. 22 at 1-3. Defendant does not oppose the stay. *Id.* at 1.

This motion follows two motions for extensions that have been granted by the Court. *See* Docs. 17, 18, 20, 21. Because the instant motion is unopposed and seeks a short and finite stay, and because Plaintiff has demonstrated good cause for doing so, the Court will grant the requested stay of proceedings up to and including April 21, 2018.

ACCORDINGLY, it is hereby

**ORDERED:**

1. The Assented to Motion to Stay Proceedings (Doc. 22) is **GRANTED**.

2. This case is stayed until April 21, 2018. Plaintiff shall have up to and including April 27, 2018 to confer with Defendant. The parties shall have up to and including May 11, 2018 to file a Joint Memorandum.

**DONE** and **ORDERED** in Fort Myers, Florida on this 26th day of March, 2018.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record